UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANYL JENTLIE,

        Plaintiff,

v.

R1 RCM, INC. and
NATHAN AMORUSO,

        Defendants.
_____/

Case No. 5:17-cv-14073
District Judge John Corbett O'Meara
Magistrate Judge Anthony P. Patti

# ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT R1 RCM, INC.'S EMERGENCY MOTION TO STRIKE, OR, IN THE ALTERNATIVE, TO SEAL, CERTAIN ALLEGATIONS IN PLAINTIFF'S FIRST AMENDED COMPLAINT (DE 11)

This matter is before the Court for consideration of Defendant R1 RCM, Inc.'s above described motion, as well as the related response and reply. (DEs 11, 13, 14.) The parties, through counsel, came before me for a hearing on this matter on February 8, 2018. For the reasons stated on the record, Defendant's motion (DE 11) is **GRANTED IN PART** and **DENIED IN PART** as follows (with reference to paragraphs in the First Amended Complaint (DE 10)):

- **Paragraph 33** may remain.

- **Paragraph 34** is largely stricken, but Plaintiff may rephrase the paragraph to generally allege that Defendant bragged in a text to Plaintiff about having had sex with a "fellow employee," without reference to specific sexual acts or people.

- **Paragraph 35** is stricken in its entirety.

- **Paragraph 36** is stricken in its entirety.

- **Paragraph 37** is stricken in its entirety.

- **Paragraph 38** is largely stricken, but Plaintiff may rephrase the paragraph to generally allege that Defendant texted Plaintiff about his desire to engage in sexual activity with her, without reference to specific sexual acts.

- **Paragraph 40** is largely stricken, but Plaintiff may rephrase the paragraph to generally allege that Defendant texted Plaintiff about another sexual escapade, including oral sex, but without further detail.

- **Paragraph 41** may remain.

- **Paragraph 42** is stricken in its entirety.

- **Paragraph 43** is stricken in its entirety.

- **Paragraph 44** may remain.

- **Paragraph 45** is stricken in its entirety.

- **Paragraph 46** may remain, except Plaintiff must remove the introductory clause.

- **Paragraph 47** may remain.

No later than **Friday, February 16, 2018**, Plaintiff **SHALL** file her second amended complaint (consistent with the above ruling), along with the exhibits previously sealed by the Court. (*See* DE 9.) Once the second amended complaint

with sealed exhibits is filed, the Clerk of the Court will **STRIKE** both the original complaint (DE 1) and the first amended complaint (DE 10).

**IT IS SO ORDERED.**

Dated: February 8, 2018    s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on February 8, 2018, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti